**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**GARY WILLIAMS**                                                                                    **PLAINTIFF**

**v.**                                      **Case No. 4:12-CV-00799 KGB**

**RHEIN CHEMIE CORPORATION**                                              **DEFENDANT**

## ORDER

On January 1, 2013, defendant filed its motion to dismiss for failure to state a claim upon which relief can be granted (Dkt. No. 4).   On January 29, 2013, plaintiff filed his amended complaint (Dkt. No. 8).   On February 26, 2013, defendant filed its answer to the amended complaint (Dkt. No. 11).   The Court determines that defendant's motion to dismiss filed in response to the original complaint is moot based on the filing of plaintiff's amended complaint and defendant's answer to the amended complaint.   This ruling is without prejudice to defendant's right to raise in a separate filing the same legal arguments as to plaintiff's amended complaint.   For these reasons, this Court denies as moot defendant's motion to dismiss (Dkt. No. 4).

SO ORDERED this 1st day of April, 2013.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE