IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY WILLIAMS**                                                                                   **PLAINTIFF**

v.                              Case No. 4:12-cv-00799 KGB

**RHEIN CHEMIE CORPORATION**                                          **DEFENDANT**

## ORDER

Based upon counsels' written representations to this Court, this case is removed from the trial docket for the week of January 13, 2014.

SO ORDERED this 3rd day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE