IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY WILLIAMS**                                                                         **PLAINTIFF**

v.                       **Case No. 4:12-cv-00799 KGB**

**RHEIN CHEMIE CORPORATION**                                     **DEFENDANT**

## ORDER

Before the Court is plaintiff's unopposed motion to dismiss (Dkt. No. 17). The parties have settled all issues in this case, and their settlement has been fully consummated. Accordingly, this action is hereby dismissed with prejudice.

SO ORDERED this 10th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE